# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JODIE JOHNSON,**

        **Plaintiff,**

**-vs-**                              **Case No. 6:08-cv-2156-Orl-31KRS**

**MEARS DESTINATION SERVICES, INC.,**

        **Defendant.**

_____

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455(a) and in the interest of justice, I hereby recuse myself from this matter due to my longstanding relationship with the Defendant. The Clerk is directed to reassign this case to another Judge of this court.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 5, 2008.

                                                    GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record