# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JODIE JOHNSON,**
                **Plaintiff,**

**-vs-**                                       **Case No. 6:08-cv-2156-Orl-19KRS**

**MEARS DESTINATION SERVICES, INC.,**
                **Defendant.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause before the Court on periodic review. On December 22, 2008, Plaintiff Jodie Johnson, appearing through counsel, filed a complaint against Mears Destination Services, Inc. alleging violation of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* Doc. No. 1.

      Fed. R. Civ. P. 4(m) provides that if a defendant is not served with process within 120 days after the complaint is filed, the court must dismiss the action without prejudice or order that service be made within a specified time. On June 12, 2009, the Honorable Patricia C. Fawsett, United States District Judge, issued an order for Johnson to show cause why the complaint should not be dismissed because more than 120 days had elapsed since the complaint was filed. Doc. No. 16. The order required Johnson to respond within 15 days. *Id.* The Court's docket reflects that the order to show cause was served electronically on Johnson's counsel on June 12, 2009. As of the writing of this order, nearly a year has passed but no response has been filed and no proof of service of process has been filed.

Based on this procedural history, it appears that Johnson has abandoned this case. Accordingly, I respectfully recommend that the Court **DISMISS** the case without prejudice pursuant to Rule 4(m) and Local Rule 3.10 for want of prosecution.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 9, 2010.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy