UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JODIE JOHNSON,,

    Plaintiff,

vs.                                      CASE NO. 6:08-CV-2156-ORL-19KRS

MEARS DESTINATION SERVICES, INC.,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 17, filed June 9, 2010). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 17) is **ADOPTED and AFFIRMED.** This case is hereby **DISMISSED** without prejudice pursuant to Rule 4(m) and Local Rule 3.10 for want of prosecution. The Clerk of Court shall close this file.

**DONE AND ORDERED** at Orlando, Florida, this   22nd   day of June, 2010.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record